USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Petitioners,

-against-

APS CONTRACTORS, INC.,

Respondent.

22 CV 8203 (MKV)

**ORDER AND
JUDGMENT**

The Petitioners having filed a petition to confirm an arbitration award ("Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the June 15, 2022 arbitration award ("Award") is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding Petitioners $6,371.77 pursuant to the Award, plus interest at the rate of 5.5% on the Award from June 15, 2022 through date of judgment totaling $6,786.55;

3. Awarding Petitioners $357.50 in attorneys' fees and $77 in costs arising out of this proceeding; and

4. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
          August 21, 2023

By: *Mary Kay Vyskocil*
Mary Kay Vyskocil
U.S.D.J.